James W. MALONEY, Collector of Internal Revenue of the United States of America, District of Oregon, Appellant, v. F. DEMENT, Appellee.

No. 10919.

Circuit Court of Appeals, Ninth Circuit.

Nov. 13, 1944.

Carl C. Donaugh, U. S. Atty., and Wm. M. Langley, Asst. U. S. Atty., both of Portland, Or., for appellant.

Borden Wood, of Portland, Or., for appellee.

Before WILBUR and GARRECHT, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellant to dismiss appeal herein, and good cause therefor appearing, it is ordered that the appeal herein be dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issued forthwith.

Dorsey Willard McMAHAN, alias Dorsey Willard McNahon, alias Dorsey Willard McMahon, alias Fred Miller, Appellant, v. UNITED STATES of America.

No. 13003.

Circuit Court of Appeals, Eighth Circuit.

Nov. 13, 1944.

Dorsey Willard McMahan, pro se.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., for appellee.

PER CURIAM.

Motion of appellant for leave to proceed on appeal in this Court in forma pauperis denied, and appeal from District Court docketed and dismissed without costs to either party in this Court, on motion of appellee.

J. S. McGUIRE and Wm. Drennan, Receiver and Intervener, Appellants, v. Edward E. PUGH, Receiver and Intervener.

No. 12987.

Circuit Court of Appeals, Eighth Circuit.

Nov. 1, 1944.

Henry I. Eager, of Kansas City, Mo., P. W. Croker, of Kansas City, Kan., and E. H. McVey, of Kansas City, Mo., for appellants.

PER CURIAM.

Appeal from District Court dismissed without assessment of counsel fees, on motion of appellants.

Dewey Wallace McMURTRY, Appellant, v. UNITED STATES of America, Appellee.

No. 11159.

Circuit Court of Appeals, Fifth Circuit.

Dec. 8, 1944.

Dewey Wallace McMurtry, of Leavenworth, Kan., for appellant, in pro. per.

Malcolm E. Lafargue, U. S. Atty., and John A. Patin, Asst. U. S. Atty., both of Shreveport, La, for appellee.

Before HOLMES, McCORD, and LEE, Circuit Judges.

PER CURIAM.

We have previously considered this case and a complete transcript of record is on file with the Clerk, being No. 10,827. This appeal bears Docket No. 11,159. The original transcript of record has been made a part of the present appeal by reference, as will appear from the certificate of the Clerk attached to the record in this case. Therefore, on authority of the opinion in McMurtry v. United States, 5 Cir., 139 F.2d 482, certiorari denied, this case is affirmed.